1  TRINETTE G. KENT (State Bar No. 222020)
2  Lemberg Law, LLC
   1333 Stradella Road
3  Los Angeles, CA 90077
4  Telephone: (480) 247-9644
   Facisimile: (480) 717-4781
5  Email: tkent@lemberglaw.com

6

7              **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| Russ Burke, *on behalf of himself and all others similarly situated*, | Case No.: 2:18-cv-04698-GW-JC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| Transworld Systems, Inc., | |
| Defendant. | |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

Russ Burke ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: /s/ Trinette G. Kent
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Russ Burke

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On June 20, 2018, I served a true copy of foregoing document(s): **NOTICE OF VOLUNTARY DISMISSAL**.

**BY ELECTRONIC FILING:** I hereby certify that on June 20, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**Attorney for Defendant Transworld Systems, Inc.**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on June 20, 2018.

|     |     |
| --- | --- |
| 1   | By: __/s/   *Trinette G. Kent*__ |
| 2   | Trinette G. Kent, Esq.<br>Lemberg Law, LLC |
| 3   | Attorney for Plaintiff, Russ Burke |

4